**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BOBBY STARLING                                                                                  PLAINTIFF
ADC #91909

V.                                          NO: 5:08CV00056 SWW

JAMES BLACKMON *et al.*                                                              DEFENDANTS

## <u>ORDER</u>

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by

United States Magistrate Judge H. David Young, and the objections filed.   After carefully

considering the objections and making a *de novo* review of the record in this case, the Court

concludes that the Proposed Findings and Recommended Disposition should be, and hereby are,

approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's complaint is DISMISSED WITH

PREJUDICE.

DATED this 30th day of December, 2008.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE